UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ARMANDO VAZQUEZ RIVAS,　　Petitioner,　　　v.　WARDEN, Desert View Facility, et al.,　　Respondents. | No. 5:26-cv-01830-JDE　JUDGMENT |

Pursuant to the Order Regarding Petition,

IT HEREBY IS ORDERED, ADJUDGED, and DECREED that the Petition is denied and this action is dismissed without prejudice.

Dated: May 13, 2026

_____
JOHN D. EARLY
United States Magistrate Judge